# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149567(62)(63)

CHABAD-LUBAVITCH OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 149567
    COA: 312037
    Oakland CC: 2012-126333-CH

DR. DOV SCHUCHMAN, KEN KOHN, DORENE
SOBCZAK, NEIL CRAFT, ANDREA
FEUEREISEN, DALE GOODMAN, LEAH RUBY,
ELIMELECH SILBERBERG, SARA TUGMAN
BAIS CHABAD TORAH, and CONREGATION
BAIS CHABAD OF WEST BLOOMFIELD,
      Defendants-Appellants.
_____/

      On order of the Chief Justice, the motion for temporary admission under MCR 8.126(A) is GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of plaintiff-appellee in this case: Nathan Lewin and Ian S. Speir.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014

_____